FILED
CLERK, U.S. DISTRICT COURT

4/14/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____LM_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:21-mj-00282 |
| v. | 3:20-cr-02481-GPC-1 |
| ABEL HARO | |
| DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Pretrial Violation
in the  Southern  District of  California  on  04/14/2021
at  0900  ☒ a.m. / ☐ p.m.  The offense was allegedly committed on or about _____
in violation of Title  18  U.S.C., Section(s)  3148
to wit: Pretrial release violation

A warrant for defendant's arrest was issued by: The Honorable Gonzalo P. Curiel

Bond of $  No Bail  was ☒ set / ☐ recommended.

Type of Bond:  NA

Relevant document(s) on hand (attach): Charging Documents

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     4/14/21
                   Date

_Daniel Donoso 04/14/2021_                    Daniel Donoso
Signature of Agent                             Print Name of Agent

USMS                                           Deputy US Marshal
Agency                                         Title

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT